# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV399

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| ALEXANDER KLOSEK, individually ) | |
| and as Trustee of Pinnacle ) | |
| Fiduciary & Trust Group Irrevocable ) | |
| Asset Management Trust, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Plaintiff's "limited objection" to the Memorandum and Recommendation of the Magistrate Judge.

Plaintiff states that although it has no objections to the Memorandum and Recommendation itself, clarification is requested on the narrow issue contained therein "regarding the scope of the judgment to be entered against the Defendant [Klosek] in his individual capacity." Because the Plaintiff's "limited objection" actually seeks clarification of the Magistrate Judge's ruling, this matter will be remanded to the Magistrate Judge for that purpose.

**IT IS SO ORDERED.**

Signed: April 30, 2007

Lacy H. Thornburg
United States District Judge